IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES A. MANSON                                                                           PLAINTIFF

v.                                    CASE NO. 4:09CV00239 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                               DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 23rd day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE